*[Left margin handwritten note:]* filing of Colorado "CRIM. R. 48(b) [In Colorado] formal charges" with the District Court Plenary authority and jurisdiction. Lost their authority and jurisdiction on March 26, 2018, six months later on Nov. 31, 2017 + May 31, 2017, April 20, 2017 + filing of New Mexico Courts Last attached with the D.A.'s

---

☒ Supreme Court ☐ Court of Appeals ☐ Denver Juvenile Court
☐ Denver Probate Court ☐ County Court ☒ District Court
**Denver** County, Colorado
Court Address: Colorado Supreme Court
1300 Broadway, Suite 510
Denver, CO 80203

Plaintiff(s)/Petitioner(s)
PEOPLE OF THE STATE OF COLORADO
v.   "    "    "    "    "   NEW MEXICO

Defendant(s)/Respondent(s)
STEVEN DUANE CURRY — A CORPORATION

Attorney or Party Without Attorney (Name and Address):
[Curry;] Steven - Living
269 E. Danbury Circle
Grand Junction, Colorado
Phone Number: 970-241-3334  E-mail: owheiley@gmail.com
FAX Number:       Atty. Reg. #:

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 13 2019

JEFFREY P. COLWELL
CLERK

▲ COURT USE ONLY ▲

Case Number: # 17-CR-10124
# 17-CR-47
# 19-CR-15465
# 14-CV-152A

Division 5   Courtroom A

**MOTION TO DISCHARGE, DISMISS + VACATE WITH PREJUDICE WITHOUT FURTHER SALE, DENIAL, OR DELAY.**

For the following reasons: (cite any applicable law)
Petitioner + Affiant" is entitled to immediate remedy + release and dismissal of the charges for violation of his statutory right to speedy trial; "as in the failure to prosecute, and the lack of jurisdiction, pursuant Colorado Const. Art. II, Sections #3 thru #30; CRS 18-1-405 to 408 + 409; Rules 35(a)(c); 48(a)(b).

I request the Court to: Order the Inferior + subordinate Denver Dist. Court to fully + completely Discharge, Dismiss, Set Aside + Vacate the above cases + charges + Indictment + Complaint, and that Judge Spear, Beth McCann + Robert Shapiro Be Disqualified + Sanctioned under Rule 21(b) + CRS 20-1-104+106

Dated: 12:9:2019                       [Curry;] Steven-Living TLA Z
Note: Grand Jury Transcripts clearly    ☐ Petitioner/Plaintiff OR ☒ Respondent/Defendant
show DA's Malfeasance + Misconduct
in allowing tainted evidence, prejudice  269 E. Danbury Circle
and perjury to influence the Grand       Address
Jury, into producing a False Instrument  Grand Junction, Colorado
for Recording. See Art II #7 Exclusionary City, State and Zip Code
Rule; Roopa v. District Ct. Colo. (1980) 970-241-3334
                                         Telephone Number (Home)  (Work)

---

**CERTIFICATE OF MAILING**

I certify that on 12:9:2019 (date) the original of this Motion was filed with the Court; and a true and accurate copy of this **MOTION TO** DISMISS + VACATE was served on the other party(ies) by placing it in the United States mail, postage pre-paid and addressed to the following: Beth McCann + Robert Shapiro
State District Attorney
1300 Broadway 9th Floor
Denver, CO 80203

Judge Michael Spear
Denver Dist. Ct.
c/o Clerk of Court - Rm 135
Lindsey Flannigan
520 W. Colfax Ave.
Denver, CO 80202

[Curry;] Steven-Living TLA Z
☐ Petitioner/Plaintiff OR ☒ Respondent/Defendant

JDF 76 5/02 MOTION TO

*[Handwritten left margin, vertical:]* Pursuant Civ. L. Rule 55(E) — Judgment and illegal Sentence bar the Person of the Subject Matter expired on March 26, 2018 without the N. Mexico Court's authority or legislative jurisdiction — as alleged jurisdiction over State & federal Speedy Trial statute.

| | |
|---|---|
| ☒ Supreme Court ☐ Court of Appeals ☐ Denver Juvenile Court<br>☐ Denver Probate Court ☐ County Court ☒ District Court<br>U.S. 10TH CIRCUIT ~~County~~, Colorado<br>Court Address: U.S. 10TH Circuit Court<br>901 E. 19TH St<br>Denver, Colorado 80294<br>Plaintiff(s)/Petitioner(s)<br>People of the State of Colorado<br>v. " " " " " New Mexico<br>Defendant(s)/Respondent(s)<br>STEVEN DUANE CURRY — A CORPORATION<br>Attorney or Party Without Attorney (Name and Address):<br>[Curry;] Steven — Living, TLA'Z'<br>269 E. Danbury Circle<br>Grand Junction, COLORADO<br>Phone Number: 970-241-3334 E-mail: cwbvillage@gmail.com<br>FAX Number: Atty. Reg. #: | ▲ COURT USE ONLY ▲<br><br>Case Numbers: # 17-CR-10124<br># 17-CR-0047<br># 19-CR-15465<br># 14-CV-152<br>Division Courtroom |

**MOTION TO** Quash, Discharge & Vacate //

For the following reasons: (cite any applicable law) Petitioner & Affiant is entitled to full & complete Discharge & Dismissal with prejudice from the fatally-defective Colo. Grand Jury Indictment of April 20, 2017 & May 31, 2017 pursuant Colo. Const. Art II, Sect. 3 thru 30; Exclusionary Rule; CRS 18-1-405 to 409; Crim. Pr. 48(a)(b); Rule 35(c); CRS 18-1-708 & 709; // Trial Judges & DA's of Colo. & NM failed to secure & protect Petitioner's Natural Rights.

I request the Court to: Order the Disqualifications & Sanctions of Otero County N.M. Trial Judges & DA Esquibel, and Colo. Trial Judge Spear and DA's Beth McCann & Robert Shapiro, pursuant Rule 21(b) & CRS 20-1-207 & CRS 20-1-102 & 16-7-207; Rule 32 III — Illegal Sentence CRS -16-8.5-116; 16-9-501; Rule 5(a)(2) IV; etc, etc.

Dated: 12:10:2019

1) Colo. G. Jury Indictment violated Art II, Sect. 7 & C/r.c.P. Rule 26(e). — People v. Vigil, 175 Colo. 373 (1971)
2) Colo. & NM violated State & Federal Speedy Trial Rights under 18-1-405.
3) NM violated Rule 32 VII — Judgment in imposing an illegal Sentence.

[Curry;] Steven — Living TLA'Z'
☐ Petitioner/Plaintiff OR ☒ Respondent/Defendant
269 E. Danbury Circle
Address
Grand Junction, Colorado
City, State and Zip Code
970-241-3334
Telephone Number (Home)       (Work)

**CERTIFICATE OF MAILING**

I certify that on 12:10:2019 (date) the original of this Motion was filed with the Court; and a true and accurate copy of this **MOTION TO** Quash & Discharge was served on the other party(ies) by placing it in the United States mail, postage pre-paid and addressed to the following: DA Roxeanne Esquibel
12th Judicial District
Otero County
Alamogordo, NM 88301
Judge Jerry Blankinship
Otero County District Court
1000 New York Ave.
Alamogordo, N.M. 88301

[Curry;] Steven — Living TLA'Z'
☐ Petitioner/Plaintiff OR ☒ Respondent/Defendant

JDF 76 5/02  MOTION TO

Please See Potus Trump's Ex/Orders # 13891 & # 13892 For Details!

[left margin, vertical handwriting:] (1894) is "LATIN", meaning "LEGION", meaning as lifetime "Legion" (See Mark 5:9) of the ENGLISH Language #300, See Colo. Const. Art. II, Sect. #1, for Guidance. According to Colo. Const. Art. II, Section #1, the official language of the State of Colorado, And it's Undoing of God's Laws.

☒ Supreme Court  ☐ Court of Appeals  ☐ Denver Juvenile Court
☐ Denver Probate Court  ☐ County Court  ☒ District Court
Denver                    County, Colorado
Court Address: Colorado Supreme Court
1300 Broadway, Suite 510
Denver, Co. 80203

Plaintiff(s)/Petitioner(s)
People of the State of Colorado
v.                           & New Mexico

Defendant(s)/Respondent(s)
STEVEN DUANE CURRY - A CORPORATION

Attorney or Party Without Attorney (Name and Address):
[Curry] Steven - Living TLA'z'
269 E. Danbury Circle
Grand Junction, Colorado
Phone Number: 970-241-3334   E-mail: cwhailing@gmail.com
FAX Number:                   Atty. Reg. #:

**COURT USE ONLY**

Case Numbers: #17-CR-10124
#17-CR-47
#19-CR-15465
#14-CV-152
Division: 5   Courtroom: A

**MOTION TO** DISMISS, DISCHARGE & VACATE W/PREJUDICE; REQUEST FOR DECLATORY & INJUNCTIVE RELIEF—

For the following reasons: (cite any applicable law) Crim. Pr. 48(a) III A; AND Pursuant Rule 35(a)(c) I-V + CRS 18-1-405, AND Colo. Const. Art. II, Sections #3 thru #30, Petitioner seeks protection & security of the Colorado Supreme Court And the US Tenth Circuit Court, as both Colo. & NM Trial Courts & their District Attorneys have maliciously prosecuted the Petitioner as "INCOMPETENT"

I request the Court to: Order the immediate release of the Living Affiant and to Disqualify & Dismiss both Trial Judges & District Attorneys for failing to protect & secure the Petitioner's rights of judicial remedy & his rights to bail, a fair hearing, and speedy trial. Petitioner seeks dismissal of all charges & Indictments.

Dated: 12:10:2019

"Person maliciously prosecuted as incompetent CANNOT BE DENIED OR DEPRIVED OF HIS Natural, In-ALIENABLE, OR CONSTITUTIONAL Rights of Judicial REMEDY!"
— See Lowen v. Hilton 142 Colo. 200, 351 p.2d 881 (1960)

[Curry] Steven - Living TLA'z'
☐ Petitioner/Plaintiff  OR  ☒ Respondent/Defendant
269 E. Danbury Circle
Address
Grand Junction, Colorado
City, State and Zip Code
970-241-3334
Telephone Number (Home)   (Work)

**CERTIFICATE OF MAILING**

I certify that on 12:10:2019 (date) the original of this Motion was filed with the Court; and a true and accurate copy of this **MOTION TO** DISMISS & DISCHARGE was served on the other party(ies) by placing it in the United States mail, postage pre-paid and addressed to the following: Beth McCann & Robert Shapiro
State District Attorney
1300 Broadway, 9th Floor
Denver, CO 80203

Judge Michael Spear
Denver Dist. Court
% Clerk of Court - Rm 135
Lindsey-Flanigan Courthouse
520 W. Colfax Ave.
Denver, CO 80202

[Curry] Steven - Living TLA'z'
☐ Petitioner/Plaintiff  OR  ☒ Respondent/Defendant

JDF 76  5/02   MOTION TO

[Margin notes, left side, vertical]: New Mexico Court Conviction, Sentence, was obtained and imposed in Violation of the C.R.C.P. Rules 35(c)(b)(1)(x) I-VIII, Rule 48(b)(6), CRS 18-1-405 through 409; 18-1-706 Entrapment + (8-1-708 Duress,

---

☒ Supreme Court ☐ Court of Appeals ☐ Denver Juvenile Court
☐ Denver Probate Court ☐ County Court ☒ District Court
Denver County, Colorado
Court Address: Colorado Supreme Court
1300 Broadway, Suite 510
Denver, CO 80203

Plaintiff(s)/Petitioner(s):
People of the State of Colorado
v. " " " " & NEW MEXICO

Defendant(s)/Respondent(s):
STEVEN DUANE CURRY — A CORPORATION

Attorney or Party Without Attorney (Name and Address):
[Curry;] Steven-Living TLA'Z'
269 E. Danbury Circle
Grand Junction, COLORADO
Phone Number: 970-241-3334  E-mail: cwhvihey@gmail.com
FAX Number:  Atty. Reg. #:

▲ COURT USE ONLY ▲

Case Numbers: #17-CR-10124
#17-CR-47
#19-CR-15465
#14-CV-152
Division S  Courtroom 7

MOTION TO DISCHARGE, VACATE + DISMISS W/ PREJUDICE

For the following reasons: (cite any applicable law) In clear deprivation + violation of Colo. Const. Art II, Sect. #3 thru 30, AND 18, 19, 19b, 20, 25 specifically, Petitioner has been placed in Double Jeopardy, denied bail, and a Preliminary Hearing within 96 hours of his arrest on 10:24:2019; where a "No Bond Detention" violates Sections 19 + 20, 25; And the "Exclusionary Rule" of Sect. 7; Among other offenses

I request the Court to: Direct + Command the lower trial court, and the District Attorney to immediately vacate, set aside, discharge, and dismiss all cases against the Petitioner + Defendant, including the Montrose Case #14-CV-152, and to Release the Petitioner without any further Sale, Denial, or delay.

Dated: 12:10:2019

"Defendant is entitled to a dismissal of charges against him for a violation of his statutory right to speedy Trial." People v. DeSantiago 2014 COA 66 M 389.

[Curry;] Steven-Living TLA'Z'
☐ Petitioner/Plaintiff OR ☒ Respondent/Defendant
269 E. Danbury Circle
Address
Grand Junction, Colorado
City, State and Zip Code
970-241-3334
Telephone Number (Home)  (Work)

---

**CERTIFICATE OF MAILING**

I certify that on 12:10:2019 (date) the original of this Motion was filed with the Court; and a true and accurate copy of this MOTION TO Dismiss, Discharge, Vacate was served on the other party(ies) by placing it in the United States mail, postage pre-paid and addressed to the following: Beth McCann + Robert Shapiro
State District Attorney
1300 Broadway, 9th Floor
Denver, CO 80203

Judge Michael Spears
Denver District Court
c/o Clerk of Court Rm #135

[Curry;] Steven-Living TLA'Z'
☐ Petitioner/Plaintiff OR ☒ Respondent/Defendant

JDF 76  5/02  MOTION TO  Lindsey-Flannigan
520 W. Colfax Ave.
Denver, CO 80202

12:11:19

| | |
|---|---|
| IN THE SUPREME COURT COURT, STATE OF COLORADO<br>Court Address: 1300 BROADWAY; SUITE 510<br>Denver, CO 80203 | |
| PEOPLE OF THE STATE OF COLORADO,<br>" " " " " NEW MEXICO<br>Plaintiff,<br>v.<br>STEVEN DUANE CURRY - A CORPORATION<br>Defendant. | ▢ COURT USE ONLY ▢ |
| Attorney for Defendant<br>[Curry:]Steven - Living TEA'Z'<br>Inmate "Curry, Steven"<br>Number: # 897010<br>PO Box 1108<br>Denver, CO 80201 | The Honorable Steven Coats - In Chambers<br>CASE NUMBERS: 17-CR-47<br># 17-CR-10124<br># 19-CR-15465<br># 14-CV-152<br>DIVISION: CR<br>COURTROOM: |

## MOTION FOR WRIT OF HABEAS CORPUS

COMES NOW, [Curry:]Steven - Living TEA'Z-, Defendant *Pro Se*, Sui Juris, respectfully moves the Court to issue a Writ of Habeas Corpus to bring the Defendant before the Court forthwith. In support of this motion the following facts are submitted: and attached.

1. The Defendant is currently incarcerated in the Denver County Jail and is unable to post bond, under a "No Bond Hold" by N. Mexico - Violating Art. II #19 Petitioner denied hearing within 96 hours of his arrest,
2. Currently, the Defendant has the following matters pending before the court:
   CRS 18-1-405 ; Crim. P. 48(a)III A - REQUIRING DISCHARGE
3. Defendant requests speedy disposition in this matter. Pursuant Colo. Const. Art II, #3-30,

WHEREFORE, Defendant respectfully requests the Court to grant this motion and issue a Writ of Habeas Corpus.

Dated this 10th Day of DECEMBER, 2019.

Respectfully Submitted,

Special Appearance [Curry:]Steven-Living,
~~Defendant~~ Third Party; Principal Beneficiary

12:11

## CERTIFICATE OF SERVICE

I hereby certify that I have mailed a true and correct copy of the foregoing document via the United States Mail, first class postage pre-paid to the following recipients:

### Recipients

Denver County District Clerk
District Clerk – Room 256
1437 Bannock Street
Denver, CO 80202

District Attorney's Office
201 West Colfax
Department 801
Denver, CO 80202

Clerk of Court
Rm # 135
Lindsey-Flannigan
520 W. Colfax Ave.
Denver, CO 80202

Transmitted on 12/10/19

Transmitted By: [Curry] Stephen-LWing

| Time stamp – Do not write in this area | * NOTICE OF REVOCATION OF CONSENT * |
|---|---|

# DENVER SHERIFF DEPARTMENT
## INMATE GRIEVANCE FORM
(Formulario de queja)

18 150839
RE: #17-CR-10124
#17-CR-47
#19-CR-15465
#14-CV-152

**NAME:** [Curry;] Steven-Living    **CD#:** 897010    **LOCATION:** _____
(Nombre)                                                  (Ublcación)

**DATE AND TIME OF INCIDENT:** April 20, 1953 to Present
(Fecha y hora del incidente)

**STATEMENT DETAILING THE ACT OR CONDITION GIVING RISE TO THE GRIEVANCE:** ON * FOR THE RECORD:
(Declaración detallando el acto o condición que da lugar a la queja)
Pursuant to Colorado Const. Art II, Sections #3 thru 30, and Section #11 specifically; where "No Ex Post Facto Law, nor law impairing the Obligation of Contracts, or retrospective in its operation, or making any irrevocable grant of special privileges, Franchises, or Immunities, shall be passed by the General Assembly." This Petitioner, in self-executing His Natural, Inalienable + Constitutional Rights, Hereby + Forever, Withdraws, Rescinds + Revokes His Consent to Contract in any form, means, or measure that is Not to His Pleasure, Agreement, or Benefit. // Petitioner further affirms + asserts that he is very much a Living Being of his Creator. He is Not among the DEAD or Dying and he is Not a corporation, but rather the Principle Party of Interest, the Creditor and the Beneficiary of all accounts created in His + Her Name since Conception + His + Her Birth on April 20, 1953.

**SPECIFIC REMEDY SOUGHT:** Petitioner Knows + Understands Our Federal Government
(Remedio específico inquirido)
has instructed our federal, state and local police agencies that everyone who purports to be a Sovereign is to be treated as a Terrorist. In Bond v. U.S., 529 US 334 (2000), The Supreme Court held that the American People are in fact Sovereign and not the States or the government.

**STAFF MEMBER ANSWER:** _____
(Respuesta por un miembro del personal)

**STAFF MEMBER ANSWERING** _____    **BADGE # / CIVILIAN #** _____    **DATE OF RESPONSE** _____
(Contestador miembro del personal)      (Número de placa / insignia / Número de empleado civil)    (Fecha de la respuesta)

(IF MORE SPACE IS REQUIRED, ADDITIONAL PAPER MAY BE USED)
(Si requiere más espacio, puede usar otra hoja adicional)

**DATE SUBMITTED:** 12/11/2019    **INMATE'S SIGNATURE:** [Curry;] Steven-Living TLA' 2-
(Fecha de envío)                    (Firma del recluso)

**RECEIVED BY:** _____           **DATE RECEIVED:** _____
(Recibido por)    Print Name    Badge # / Civilian #    (Fecha recibida)

**ASSIGNED TO:** _____           **DATE:** _____
(Asignado a)                        (Fecha)

DSD 2015    COPIES WHITE ( JAIL RECORDS )  CANARY ( INMATE'S WITH ANSWER )  PINK ( INMATE'S IMMEDIATE )

(Left margin annotations: SEE 'LAW OF CONTRACTS' + POTUS TRUMPS EX (ORDERS) #13591, 13592 FOR POLICY)