IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-03545-GPG
(**The above civil action number must appear on all future papers sent to the Court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

STEVEN DUANE CURRY,

    Applicant,

v.

THE PEOPLE OF THE STATE OF COLORADO,

    Respondent.

---

### ORDER DIRECTING APPLICANT TO CURE DEFICIENCIES

---

Applicant Steven Duane Curry currently is detained at the Denver County Jail in Denver, Colorado. On December 13, 2019, he submitted *pro se* a pleading titled, "Motion to Discharge, Dismiss, & Vacate with Prejudice without Further Sale; Denial, or Delay," ECF No. 1, challenging at least four pending criminal charges in either the State of Colorado or the State of New Mexico, or both. Applicant is instructed that this Court lacks proper venue to address any criminal proceeding that is pending in the State of New Mexico. To the extent Applicant is raising a speedy trial claim regarding pending criminal cases in a State of Colorado court, the proper action is one filed pursuant to 28 U.S.C. § 2241.

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the letter is deficient as described in this Order. Applicant is directed to cure the following deficiencies if he wishes to pursue any claims in this action. Any papers that Applicant files in response to this Order must be labeled with the civil action number identified on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)  X   is not submitted
(2)  __  is missing affidavit
(3)  X   is missing certified copy of prisoner's trust fund statement showing the current balance in his prisoner account
(4)  __  is missing required financial information
(5)  __  is missing authorization to calculate and disburse filing fee payments
(6)  __  is missing an original signature by the prisoner
(7)  __  is not on proper form (must use the court's current form)
(8)  __  names in caption do not match names in caption of complaint, petition or habeas application
(9)  X   other:  motion and supporting documents are necessary only if $5.00 filing fee is not paid in advance for a habeas corpus action

**Complaint, Petition or Application**:
(10) X   is not submitted
(11) __  is not on proper form
(12) __  is missing an original signature by the prisoner
(13) __  is missing page nos.
(14) __  uses et al. instead of listing all parties in caption
(15) __  names in caption do not match names in text
(16) __  addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(17) __  other:.

Accordingly, it is

2

ORDERED that Applicant cure the deficiencies designated above **within thirty days of this Order** and file an habeas corpus application pursuant to 28 U.S.C. § 2241 to the extent he is challenging pending criminal proceedings. It is

FURTHER ORDERED that Applicant submit his claims on Court-approved forms used to file 28 U.S.C. § 2241 claims and to request leave to proceed pursuant to 28 U.S.C. § 1915 (if he intends to proceed *in forma pauperis*), which can be obtained with the assistance of his case manager or the facility's legal assistant, along with the applicable instructions, at www.cod.uscourts.gov. Any papers that Applicant files in response to this Order must be filed on Court-approved forms. It is

FURTHER ORDERED that if Applicant fails to cure the designated deficiencies as directed **within thirty days from the date of this Order** this action will be dismissed without further notice. It is

FURTHER ORDER that the **only proper filings at this time are those noted above. No other pleadings will be accepted at this time.**

DATED December 16, 2019, at Denver, Colorado.

BY THE COURT:

s/ Gordon P. Gallagher
United States Magistrate Judge