File to #19-cv-03545-gpg-us

Evidence in Support of Claim: Colo. Ct. of Appeals #14-CA-2358; People v. Jose Ricardo Saavedra Martinez; #14-CR-6434; #15-CR-80; #15-CR-1599 + #16-CA-1107

| ☐ Supreme Court ☐ Court of Appeals ☐ Denver Juvenile Court<br>☐ Denver Probate Court ☐ County Court ☐ District Court<br>______________ County, Colorado<br>Court Address: US District Court 901 19th St. Denver, Co 80294<br><br>~~Plaintiff(s)~~/Petitioner(s) STEVEN CURRY - 'A Corporation'<br>v.<br>The People of the State of Colorado; Robert Shapiro<br>Defendant(s)/Respondent(s) R. Scott Reisch, Beth McCann, Michael Spear; Edward Bronfin | FILED UNITED STATES DISTRICT COURT DENVER, COLORADO JAN -6 2020 JEFFREY P. COLWELL CLERK<br><br>▲ COURT USE ONLY ▲ |
|---|---|
| ~~Attorney or~~ Party Without Attorney (Name and Address): [Curry:] Steven - Living TLA 269 E. Danbury Circle Grand Junction, Colorado<br>Phone Number: 970-241-3334 E-mail: cwheeling@gmail.com<br>FAX Number: Atty. Reg. #: | Case Number: #19-cv-03545-gpg Judge Gordon P. Gallagher<br>Division Courtroom |

**MOTION TO** Disqualify, Impeach + Disbar

For the following reasons: (cite any applicable law) D.A. Robert Shapiro, Michael Spear; Edward Bronfin and R. Scott Reisch for conspiracy to maliciously prosecute the accused as being mentally incompetent and for intentionally + knowingly subjecting the accused to double jeopardy for offenses he has already been illegally convicted of in New Mexico. See 16-8.5-102 + 16-8.5-116; Rule 82IV.

I request the Court to: Disqualify + Disbar these court officers for knowingly + intentionally accepting + honoring the N.M. Warrant in violation of CRS-20-1-102, Art II, Sect. 3, 6, 16, 18, 19, 20 + 25. See People v. Hastings (Colo. App. 1994). N.M. Warrant Violates US Const. Amendments IV, V, VI, VII, VIII, X + XI!!

Dated: 1/2/2020

Disqualification of District Attorney: "When a prosecuting attorney purposefully exposes a [grand] jury to indmissable + highly prejudicial evidence, such conduct shall not be condoned.." - People v. District Ct. 767 P.2d 239 (Colo 1989) CRS 20-1-207

[Curry:] Steven - Living TLA
☒ Petitioner/~~Plaintiff~~ OR ☐ Respondent/Defendant
269 E. Danbury Circle
Address
Grand Junction, Colo.
City, State and Zip Code
970-241-3334
Telephone Number (Home) (Work)

## CERTIFICATE OF MAILING

I certify that on 1/2/2020 (date) the original of this Motion was filed with the Court; and a true and accurate copy of this **MOTION TO** Disqualify + Disbar was served on the other party(ies) by placing it in the United States mail, postage pre-paid and addressed to the following: Beth McCann

Clerk of Court
Supreme Court of Colorado
2 East 14th Ave
Denver, Colo. 80203

State Dist. Attorney
1300 Broadway 9th Floor
Denver, Colo 80203

[Curry:] Steven - Living TLA
☒ Petitioner/~~Plaintiff~~ OR ☐ Respondent/Defendant

See Reverse side for Compendium of plain + Manifest errors + Violations ↓↓

File to #19-cv-03545-gpg

☐ Supreme Court ☒ Court of Appeals ☐ Denver Juvenile Court
☐ Denver Probate Court ☐ County Court ☐ District Court
______________ County, Colorado
Court Address: US District Court
901 19th st, Rm A105
Denver, Colo. 80294

Plaintiff(s)/Petitioner(s) STEVEN CURRY - 'A CORPORATION'
v. The People of the State of Colorado
" " " " " NEW MEXICO
Defendant(s)/Respondent(s) Beth McCann, Robert Shapiro, Michael Spear; R. Scott Reisch; Jared Polis

FILED
UNITED STATES DISTRICT COURT
DENVER COLORADO
JAN - 6 2020
JEFFREY P. COLWELL
CLERK

▲ COURT USE ONLY ▲

Attorney or Party Without Attorney (Name and Address):
[Curry:] steven - Living TLA 'Z'
269 E. Danbury Circle
Grand Junction, COLORADO
Phone Number: 970-241-3334 E-mail: [illegible]@gmail.com
FAX Number: Atty. Reg. #:

Case Number: #19-CV-03545-GPG
Judge Gordon P. Gallagher
Division Courtroom

**MOTION TO** SUPPRESS EVIDENCE IN CASE #17-CR-10124

For the following reasons: (cite any applicable law) Rule 26(c), the "Exclusionary Rule bars from trial any & all physical, tangible, digital, video or audio evidence illegally or unlawfully obtained or acquired by & thru an unlawful invasion of an accused's rights by investigators or police." See People v. Vigil, 175 Colo 373, 489 P.2d 588 (1971).

I request the Court to: Order & Command the lower subordinate Corporate State District & County Courts to Quash, strike, Annul, Void, and Suppress any & all FBI evidence that was used to influence the Colo. Grand Jurors into producing a False Instrument for Recording; ie "Indictment." See 18-5-114; And Hampton v. Dist. Ct. (1980)

Dated: 12/31/2019

The N.M. Case #19-CR-15465, is Linked & chained directly to #17-CR-10124 and is the "tainted fruit" of the Colo. Grand Jury Indictment. All proceedings in N.M. are then VOID, Nullified, Censured, and Vacated, as FRAUD VITIATES ALL CONTRACTS!

[Curry:] Steven - Living TLA 'Z'
☒ Petitioner/Plaintiff OR ☐ Respondent/Defendant
[Curry:] Steven - Living 'Z'
Address
269 E. Danbury Circle
City, State and Zip Code
Grand Junction, Colo.
Telephone Number (Home) (Work)
970-241-3334

**CERTIFICATE OF MAILING**

I certify that on 12/31/2019 (date) the original of this Motion was filed with the Court; and a true and accurate copy of this **MOTION TO** Suppress Evidence was served on the other party(ies) by placing it in the United States mail, postage pre-paid and addressed to the following: Cheryl Stevens; Clerk of Court
Supreme Court of Colorado
2 East 14th St.
Denver, Colo. 80203

Beth McCann
State District Attorney
1300 Broadway, 9th Floor
Denver, Co 80203

[Curry:] Steven - Living TLA
☒ Petitioner/Plaintiff OR ☐ Respondent/Defendant

JDF 76 5/02 MOTION TO Note: Colorado Supreme Court has original jurisdiction over matters involving Const. Violations. CAR 21

Time stamp - Do not write in this area

Affidavit & Writ

# DENVER SHERIFF DEPARTMENT

## INMATE GRIEVANCE FORM

(Formulario de queja)

18 149829 A 12/31

See Colo. Const. Art II #24

NAME: [Curry:] Steven-Living CD#: 897010 LOCATION: 4C 210
(Nombre) (Ubicación)

DATE AND TIME OF INCIDENT: October 24, 2019 → Present
(Fecha y hora del incidente)

STATEMENT DETAILING THE ACT OR CONDITION GIVING RISE TO THE GRIEVANCE: On & For the Record
(Declaración detallando el acto o condición que da lugar a la queja)

Since His Arrest on October 24, 2019 on Case #19-CR-15465 out of New Mexico, this Petitioner has yet to be served with a Felony Complaint, or sworn Affidavit or a copy of the Warrant, itself, as required & pursuant to C.R.C.P. Rule 3(a) & Colo. Const. Art II, #7.

Further, This Petitioner has not yet been afforded his right to an Advisement Hearing, or a Preliminary Hearing, and nor has he been advised of his rights to bond or bail. This opportunity to bond or bail was to occur within 96 hours of his arrest pursuant Colo. Const. Art II, Section 19 & 19(b). This failure to prosecute violates Crim. Proc. 48(a)(b) and is considered "plain" & "manifest error," which requires the discharge & dismissal of all charges against the accused. - People v. Buckner (1973)

SPECIFIC REMEDY SOUGHT: The Petitioner understands the Sheriff's
(Remedio específico inquirido)

Position As an officer of the Court and as the Chief Law Enforcement officer of the County. As such, the Sheriff will find that the General Assembly & the Supreme Court rules cannot be ignored by the Judge or the D.A.!

STAFF MEMBER ANSWER:
(Respuesta por un miembro del personal)

STAFF MEMBER ANSWERING
(Contestador miembro del personal)

BADGE # / CIVILIAN #
(Número de placa / insignia / Número de empleado civil)

DATE OF RESPONSE
(Fecha de la respuesta)

(IF MORE SPACE IS REQUIRED, ADDITIONAL PAPER MAY BE USED)
(Si requiere más espacio, puede usar otra hoja adicional)

DATE SUBMITTED: 12/31/2019 INMATE'S SIGNATURE: [Curry:] Steven-Living TLA
(Fecha de envio) (Firma del recluso)

RECEIVED BY: [signature] Print Name 50201 Badge # / Civilian # DATE RECEIVED: 12-31-19
(Recibido por) (Fecha recibida)

ASSIGNED TO: DATE:
(Asignado a) (Fecha)

DSD 2015 COPIES WHITE ( JAIL RECORDS ) CANARY ( INMATE'S WITH ANSWER ) PINK ( INMATE'S IMMEDIATE )

Time stamp – Do not write in this area

Affidavit + Writ

B 12/31

# DENVER SHERIFF DEPARTMENT

18 149830

# INMATE GRIEVANCE FORM – See Art II, Sect. #24

(Formulario de queja)

NAME: [Curry: ] Steven - Lulin CD#: 897010 LOCATION: 4C-210
(Nombre) (Ubicación)

DATE AND TIME OF INCIDENT: October 24, 2019 → Present
(Fecha y hora del incidente)

STATEMENT DETAILING THE ACT OR CONDITION GIVING RISE TO THE GRIEVANCE: On + for the Record:
(Declaración detallando el acto o condición que da lugar a la queja)

This Petitioner respectfully + humbly seeks + asks the Interim Sheriff, Francis Gomez, for his guidance + support and in ordering the immediate release of the Petitioner pursuant Colo. Const. Art II, Sections 3 thru 30, and Sections 18, 25, 26 + 28 specifically; where "No person shall be deprived of life, liberty or property without due process." And where the Petitioner was never "duly convicted" of any offense in New Mexico, as the N.M. judgment/conviction/sentence was obtained by excessive force of arms, threat of life + limb, coercion, duress, and while under the influence of a heavy sedative + narcotic which had been forced upon him for 7 months prior to the plea agreement of March 15, 2019. See Rule 32 VIII and Chavo v. People, 780 P.2d 481 (Colo. 1989); Under Rule 35(c) III, N.M. Court was without authority or jurisdiction to convict!!

SPECIFIC REMEDY SOUGHT: As the Chief Law Enforcement Officer in the City + County of Denver, and as an "Officer of the Court" the Colorado General Assembly and the Supreme Court of Colorado have already authorized You to release the Petitioner and to dismiss the charges with prejudice. – People v. Gallegos (1998)
(Remedio específico inquirido)

STAFF MEMBER ANSWER:
(Respuesta por un miembro del personal)

STAFF MEMBER ANSWERING (Contestador miembro del personal) | BADGE # / CIVILIAN # (Número de placa / insignia / Número de empleado civil) | DATE OF RESPONSE (Fecha de la respuesta)

(IF MORE SPACE IS REQUIRED, ADDITIONAL PAPER MAY BE USED)
(Si requiere más espacio, puede usar otra hoja adicional)

DATE SUBMITTED: 12/31/2019 INMATE'S SIGNATURE: [Curry: ] Steven - Lulin TLM
(Fecha de envío) (Firma del recluso)

RECEIVED BY: [signature] Print Name 90202 Badge # / Civilian # DATE RECEIVED: 12-31-19
(Recibido por) (Fecha recibida)

ASSIGNED TO: DATE:
(Asignado a) (Fecha)

DSD 2015 COPIES WHITE ( JAIL RECORDS ) CANARY ( INMATE'S WITH ANSWER ) PINK ( INMATE'S IMMEDIATE )

Time stamp – Do not write in this area

Affidavit & Writ

# DENVER SHERIFF DEPARTMENT
# INMATE GRIEVANCE FORM

18 149831 C 12/31

See Colo. Bill of Rights #2

(Formulario de queja)

NAME: [Curry;] Shelan-Living CD#: 897010 LOCATION: 4C - Z10
(Nombre) (Ubicación)

DATE AND TIME OF INCIDENT: October 24, 2019 → Present
(Fecha y hora del incidente)

STATEMENT DETAILING THE ACT OR CONDITION GIVING RISE TO THE GRIEVANCE: On & For the Record:
(Declaración detallando el acto o condición que da lugar a la queja)

This Petitioner first thanks the GIRT Staff and Sheriff Gomez for their patience and for reviewing the Affidavits & Writs submitted thus far. // The Petitioner will continue to submit his works until such time as he is released from Custody and his good name restored, Pursuant Art II, Sect 3 thru 30.

Under Cr. P. Rule 35(c) III, the N.M. Court that rendered an illegal conviction, judgment and sentence was without authority or jurisdiction under CRS 18-1-405 & Crim. Proc. 48(a)(b). // With the Colo Courts having accepted the N.M. Complaint, the Colo Courts and its officers [Sheriff] have an obligation, a duty, and a right to set aside, nullify, void, and vacate a void judgment & sentence upon a motion by the defendant! See People v. Emig, 177 Colo. 174 (1972).

SPECIFIC REMEDY SOUGHT: Neither the GIRT staff or Sheriff Gomez can be held to account for being in Compliance with the Colorado Constitution, the Rules of the Supreme Court, or the laws set forth by the General Assembly. Judges & DA's acting out of Compliance Can be held personally accountable
(Remedio específico inquirido)

STAFF MEMBER ANSWER:
(Respuesta por un miembro del personal)

STAFF MEMBER ANSWERING
(Contestador miembro del personal)

BADGE # / CIVILIAN #
(Número de placa / Insignia / Número de empleado civil)

DATE OF RESPONSE
(Fecha de la respuesta)

(IF MORE SPACE IS REQUIRED, ADDITIONAL PAPER MAY BE USED)
(Si requiere más espacio, puede usar otra hoja adicional)

DATE SUBMITTED: 12/31/2019 INMATE'S SIGNATURE: [Curry;] Shelan-Living-TLH
(Fecha de envío) (Firma del recluso)

RECEIVED BY: [signature] Print Name [illegible] Badge # / Civilian # DATE RECEIVED: 12-31-19
(Recibido por) (Fecha recibida)

ASSIGNED TO: DATE:
(Asignado a) (Fecha)

DSD 2015 COPIES WHITE (JAIL RECORDS) CANARY (INMATE'S WITH ANSWER) PINK (INMATE'S IMMEDIATE)

12-31-19

Time stamp – Do not write in this area

AFFIDAVIT ?

# DENVER SHERIFF DEPARTMENT

18 150935 (A)

## INMATE GRIEVANCE FORM

(Formulario de queja)

NAME: [Curry;] Stephen-Living CD#: 897010 LOCATION: 4C - 210
(Nombre) (Ubicación)

DATE AND TIME OF INCIDENT: October 24, 2019 → Present
(Fecha y hora del incidente)

STATEMENT DETAILING THE ACT OR CONDITION GIVING RISE TO THE GRIEVANCE: AN + FOR THE RECORD:
(Declaración detallando el acto o condición que da lugar a la queja)

This Petitioner seeks + asks for the immediate assistance of Interim County Sheriff Francis Gomez pursuant to CRS 16-19-119.5, as in "CUSTODY PENDING REQUISITION AND ARRIVAL OF AGENT OF DEMANDING STATE." — See Case #19-CR-15465 for details.

Under this Statute, which is controlled by the General Assembly, rather than by the Courts, a "Judge shall allow the agent of the demanding state a period of NOT more than 30 Days from the date of the order," which fell on October 24, 2019 @ 1715 Hours. // Further, the accused was not brought before a magistrate "within 96 hours of his arrest," and he has been denied bail in contradiction + violation of Colo. Const. Art. II, Sect. 16 + 18 + 25 specifically;

SPECIFIC REMEDY SOUGHT: Petitioner understands the Sheriff's
(Remedio específico inquirido)

reluctance + hesitation to intervene upon judicial proceedings, or to render legal advise or assistance. Yet, when Judicial proceedings are clearly in contradiction with the Const., the Supreme Court, and the Statutes

STAFF MEMBER ANSWER: the Sheriff has a duty + obligation to do right and to correct the manifest errors of the Court
(Respuesta por un miembro del personal)

STAFF MEMBER ANSWERING
(Contestador miembro del personal)

BADGE # / CIVILIAN #
(Número de placa / insignia / Número de empleado civil)

DATE OF RESPONSE
(Fecha de la respuesta)

(IF MORE SPACE IS REQUIRED, ADDITIONAL PAPER MAY BE USED)
(Si requiere más espacio, puede usar otra hoja adicional)

DATE SUBMITTED: 12/30/2019 INMATE'S SIGNATURE: [Curry;] Stephen-Living
(Fecha de envío) (Firma del recluso)

RECEIVED BY: Phillip Weingert S1611 DATE RECEIVED: 12/30/19
(Recibido por) Print Name Badge # / Civilian # (Fecha recibida)

ASSIGNED TO: DATE:
(Asignado a) (Fecha)

Time stamp – Do not write in this area

AFFIDAVIT ?

(B)

# DENVER SHERIFF DEPARTMENT

# INMATE GRIEVANCE FORM

18 150824

(Formulario de queja)

NAME: [Curry:] Sheldon – Living (Nombre) CD#: 897010 LOCATION: 4C-210 (Ubicación)

DATE AND TIME OF INCIDENT: October 24, 2019 → Present
(Fecha y hora del incidente)

STATEMENT DETAILING THE ACT OR CONDITION GIVING RISE TO THE GRIEVANCE: On + For the Record
(Declaración detallando el acto o condición que da lugar a la queja)

This Petitioner, respectfully seeks + asks for the direct assistance of Interim Sheriff Francis Gomez in achieving the Petitioner's immediate release pursuant to CRS 16-19-116 that clearly states, "the judge shall by a warrant reciting the accusation, commit the accused to the county jail for such a time not exceeding thirty-five (35) Days..." where the accused has been held in custody since October 24 2019 without bail or bond.
– See Case # 19-CR-15465 for details.
– Please note, as well, that the N.M. Warrant was the result of a judgment + sentence imposed on March 15, 2019 which was not authorized by either state or federal law pursuant Rule 35(c)(2) IV + VII. See also Rule 5(a)(10); 18-1-405 + Crim. Proc. 4(c)(6)

SPECIFIC REMEDY SOUGHT: Petitioner is frustrated by the court's
(Remedio específico inquirido)

lack of compliance with the laws set forth by the Colo. General Assembly and their own Supreme Court. As the Chief Law Enforcement Officer + Justice of the Peace, I ask for your help in getting

STAFF MEMBER ANSWER: securing my release + my return home!!
(Respuesta por un miembro del personal)

STAFF MEMBER ANSWERING
(Contestador miembro del personal)

BADGE # / CIVILIAN #
(Número de placa / insignia / Número de empleado civil)

DATE OF RESPONSE
(Fecha de la respuesta)

(IF MORE SPACE IS REQUIRED, ADDITIONAL PAPER MAY BE USED)
(Si requiere más espacio, puede usar otra hoja adicional)

DATE SUBMITTED: 12/30/2019 INMATE'S SIGNATURE: [Curry:] Sheldon-Living TLA
(Fecha de envío) (Firma del recluso)

RECEIVED BY: Phillip George Print Name S16111 Badge # / Civilian # DATE RECEIVED: 12/30/19
(Recibido por) (Fecha recibida)

ASSIGNED TO: DATE:
(Asignado a) (Fecha)

DSD 2015 COPIES WHITE ( JAIL RECORDS ) CANARY ( INMATE'S WITH ANSWER ) PINK ( INMATE'S IMMEDIATE )

Time stamp – Do not write in this area

[illegible]

# DENVER SHERIFF DEPARTMENT
# INMATE GRIEVANCE FORM

18 149833

(Formulario de queja)

NAME: [illegible] CD#: [illegible] LOCATION: [illegible]
(Nombre) (Ubicación)

DATE AND TIME OF INCIDENT: [illegible]
(Fecha y hora del incidente)

STATEMENT DETAILING THE ACT OR CONDITION GIVING RISE TO THE GRIEVANCE: [illegible]
(Declaración detallando el acto o condición que da lugar a la queja)

[illegible]

SPECIFIC REMEDY SOUGHT: [illegible]
(Remedio especifico inquirido)

[illegible]

STAFF MEMBER ANSWER:
(Respuesta por un miembro del personal)

STAFF MEMBER ANSWERING
(Contestador miembro del personal)

BADGE # / CIVILIAN #
(Número de placa / insignia / Número de empleado civil)

DATE OF RESPONSE
(Fecha de la respuesta)

(IF MORE SPACE IS REQUIRED, ADDITIONAL PAPER MAY BE USED)
(Si requiere más espacio, puede usar otra hoja adicional)

DATE SUBMITTED: [illegible] INMATE'S SIGNATURE: [illegible]
(Fecha de envio) (Firma del recluso)

RECEIVED BY: [illegible] Print Name [illegible] Badge # / Civilian # DATE RECEIVED: [illegible]
(Recibido por) (Fecha recibida)

ASSIGNED TO: DATE:
(Asignado a) (Fecha)

DSD 2015 COPIES WHITE ( JAIL RECORDS ) CANARY ( INMATE'S WITH ANSWER ) PINK ( INMATE'S IMMEDIATE )

18 149835

Time stamp – Do not write in this area

# DENVER SHERIFF DEPARTMENT
# INMATE GRIEVANCE FORM
(Formulario de queja)

NAME: [illegible] CD#: [illegible] LOCATION: [illegible]
(Nombre) (Ubicación)

DATE AND TIME OF INCIDENT: [illegible] 2019 → Present
(Fecha y hora del incidente)

STATEMENT DETAILING THE ACT OR CONDITION GIVING RISE TO THE GRIEVANCE: [illegible]
(Declaración detallando el acto o condición que da lugar a la queja)

[illegible]

SPECIFIC REMEDY SOUGHT: [illegible]
(Remedio especifico inquirido)

[illegible]

STAFF MEMBER ANSWER: [illegible]
(Respuesta por un miembro del personal)

STAFF MEMBER ANSWERING
(Contestador miembro del personal)

BADGE # / CIVILIAN #
(Número de placa / insignia / Número de empleado civil)

DATE OF RESPONSE
(Fecha de la respuesta)

(IF MORE SPACE IS REQUIRED, ADDITIONAL PAPER MAY BE USED)
(Si requiere más espacio, puede usar otra hoja adicional)

DATE SUBMITTED: [illegible] 2020 INMATE'S SIGNATURE: [illegible]
(Fecha de envio) (Firma del recluso)

RECEIVED BY: [illegible] Print Name [illegible] Badge # / Civilian # DATE RECEIVED: [illegible]
(Recibido por) (Fecha recibida)

ASSIGNED TO: DATE:
(Asignado a) (Fecha)

DSD 2015 COPIES WHITE ( JAIL RECORDS ) CANARY ( INMATE'S WITH ANSWER ) PINK ( INMATE'S IMMEDIATE )

Time stamp – Do not write in this area

[illegible]

# DENVER SHERIFF DEPARTMENT
# INMATE GRIEVANCE FORM

18 149836

[illegible]

(Formulario de queja)

NAME: [illegible] CD#: [illegible] LOCATION: [illegible]
(Nombre) (Ubicación)

DATE AND TIME OF INCIDENT: [illegible]
(Fecha y hora del incidente)

STATEMENT DETAILING THE ACT OR CONDITION GIVING RISE TO THE GRIEVANCE: [illegible]
(Declaración detallando el acto o condición que da lugar a la queja)

[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible] (ENTRAPMENT) [illegible]
[illegible] Colorado [illegible]
[illegible]
[illegible] People v. [illegible]
[illegible] P.2d [illegible]
[illegible]
[illegible]
[illegible]
[illegible]

SPECIFIC REMEDY SOUGHT: [illegible]
(Remedio especifico inquirido)

[illegible]
[illegible]
[illegible]
[illegible]

STAFF MEMBER ANSWER:
(Respuesta por un miembro del personal)

STAFF MEMBER ANSWERING
(Contestador miembro del personal)

BADGE # / CIVILIAN #
(Número de placa / insignia / Número de empleado civil)

DATE OF RESPONSE
(Fecha de la respuesta)

(IF MORE SPACE IS REQUIRED, ADDITIONAL PAPER MAY BE USED)
(Si requiere más espacio, puede usar otra hoja adicional)

DATE SUBMITTED: [illegible] INMATE'S SIGNATURE: [illegible]
(Fecha de envio) (Firma del recluso)

RECEIVED BY: [illegible] Print Name [illegible] Badge # / Civilian # DATE RECEIVED: [illegible]
(Recibido por) (Fecha recibida)

ASSIGNED TO: DATE:
(Asignado a) (Fecha)

DSD 2015 COPIES WHITE ( JAIL RECORDS ) CANARY ( INMATE'S WITH ANSWER ) PINK ( INMATE'S IMMEDIATE )

[Curry;] Steven - Living TH
Denver Sheriff Department
P.O. Box 1108 # 897010
Denver, CO 80201 4C-210

DENVER
CO 802
02 JAN '20
PM 9 L

To: The Honorable Gordon P. Gallagher
c/o Jeffrey Colwell; Clerk of Court
US DISTRICT COURT
901 19th St. Rm A105
Denver, Colo. 80294

**Legal Mail** Colo. Const. Art II, Sect. 3-30
Re: # 19-CV-03545-GPG

80294-250151