Date: February 2, 2020

From: [Curry;] Steven - Living Third Party,
269 E. Danbury Circle
Grand Junction, Colo. [81503]

To: The Honorable Judge Daniel Domenico
In Chambers; In His Public Capacity
10th Circuit Court / Alfred Arraj Court House
901 E. 19th St. - Rm A-105
Denver, Colo. 80294

RE: #19-CV-03545 gpg (LTB(?)) // #19-CR-15465 // #17-CR-10124

SUBJECT: Petition; Motion to Disqualify LEWIS T. Babcock pursuant Colo. Const. Art II, Sect. 6 - Equality of Justice; Rule 3.2 VII - Illegal Judgment, and for failure to disclose major conflicts of interest; and for his clear abuse of discretion in making a manifestly arbitrary, unreasonable, and unfair decision in closing Case #03545;

For the record; the Accused had satisfied all requirements for having his case heard by invoking #13-16-103 for Indigent filings. - See Williams v. District Court (Colo. 1966);

Lewis T. Babcock, without a citation of law,

over ↓

closed the Accused case & file, thus violating the Accused Civil, Natural & Constitutional rights to fair & speedy remedy, and Crim. Proc. Rule 48 (a) III (a). - People ex rel Coca. V. District Ct. 187, Colo. 280, 530, P.2d 958 (1975);

Lewis T. Babcock failed to secure & protect the Accused's rights under the Speedy Trial statutes 18-1-405; 16-4-104. - People v. Martin (1987); Siaz v. Dist. Ct. (1975); People v. Chavez (1989)

Lewis T. Babcock ignored his duty & obligation & "Duty of Care" to do no harm!

Under CRS 16-6-201, Lewis T. Babcock is to be Disqualified & disbarred due to conclusive facts showing his financial interests and his incompetency in ruling in favor of the "Respondents" when they had not submitted a single response!! - See People ex rel, Burke v. District Court, 60 Colo 1, 152 P 149 (1915).

Lewis T. Babcock's actions defy common sense & decency. As such, he needs to be removed from office!

It is So! And So it shall be!!

"In His Name"

ATTENTION: INDEPENDENT MONITOR OFFICE

Affidavit/Petition/Writ

**DENVER SHERIFF DEPARTMENT**
**INMATE GRIEVANCE FORM** — See Colo. Const. Art II, 24 & 25
18 149967
(Formulario de queja)

NAME: [Curry] Steven - Living TLA    CD#: 897010    LOCATION: 4C-210
(Nombre)                                                (Ubicación)
Re# 19-CR-15465
DATE AND TIME OF INCIDENT: January 26th 2012 to Present    # 17-CR-10124
(Fecha y hora del incidente)

STATEMENT DETAILING THE ACT OR CONDITION GIVING RISE TO THE GRIEVANCE: Let the Record show,
(Declaración detallando el acto o condición que da lugar a la queja)
In adherence & accordance with the Sheriff's "Inmate Handbook" & "Grievance Process," this Petitioner seeks & demands relief & remedy from his forced captivity under extremely cruel, unusual and Torturous "Conditions of Confinement," and relief & remedy from the constant infringements & violations of his "Civil & Political rights" as guaranteed & promised under Colo. Const. Art I, Sect. 3 thru 30(a). Inasmuch, this Petitioner invokes, evokes, and "self-executes" his God-given rights to declare himself "INCOMPETENT TO STAND TRIAL," based on the firm ground that he is "UNABLE" to defend himself, or to "assist his Court-assigned counsel," or to fully recognize the true nature & cause of the judicial proceedings; as the true nature, cause & consequences of the proceedings have Not been presented to him in a pro-per Arraignment "within 95 Hours of his Arrest," as Required under Colo. Const. Art II, #19(b), and under CRS 16-7-207(1)(2) - See Wilson v. People (Colo. 1985);

SPECIFIC REMEDY SOUGHT: Petitioner seeks & demands his immediate release
(Remedio específico inquirido)
under CRS 16-8.5-102, wherein: "Trial of Incompetent Violates Due Process, Subjecting an accused to trial When he is incompetent Violates Due Process of law." - People v. Matthews, 662 P.2d 1108 (Colo. App 1983); And "an INCOMPETENT cannot waive his Const. Rights."

STAFF MEMBER ANSWER: In direct violation of CRS 16-8.5-113(3)(5), the
(Respuesta por un miembro del personal)
Petitioner was denied his right to Competency hearing within 35 days of the Defense Counsel's Motion for a Competency Review on October 25th, 2019. Under CRS 16-8.5-116(a), the Petitioner again invokes his right to Motion the court to terminate the Criminal proceedings!

STAFF MEMBER ANSWERING    BADGE # / CIVILIAN #    DATE OF RESPONSE
(Contestador, miembro del personal)    (Número de placa / insignia / Número de empleado civil)    (Fecha de la respuesta)

(IF MORE SPACE IS REQUIRED, ADDITIONAL PAPER MAY BE USED)
(Si requiere más espacio, puede usar otra hoja adicional)

DATE SUBMITTED: 2/1/2020    INMATE'S SIGNATURE: [Curry] Steven - Living TLA
(Fecha de envío)                (Firma del recluso)

RECEIVED BY: _____    _____    _____    DATE RECEIVED: _____
(Recibido por)    Print Name    Badge # / Civilian #    (Fecha recibida)

ASSIGNED TO: _____    DATE: _____
(Asignado a)    (Fecha)

Attention: Office of Independent Monitor.

DSD 2015    COPIES WHITE ( JAIL RECORDS ) CANARY ( INMATE'S WITH ANSWER ) PINK ( INMATE'S IMMEDIATE )

Larry Shawn-Living
Denver Sheriff Department #847010
P.O. Box 1108
Denver, CO 80201 4C-210

Proudly!!

Legal Mail Colo.Const.Art.II, Sect. 3-30a
RE: #19-CV-03545 DBD-254-25009

DENVER
CO 802
03 FEB 20
PM 3 L

ZIP 80204
02 4W
000034573S FEB 03 2020
U.S. POSTAGE >> PITNEY BOWES
$ 000.50°

To: The Honorable Daniel D. Domenico
In Chambers; In His Public Capacity
⅍ Clerk of Court; Jeffrey Colwell
U.S. District Court
10th Circuit Court
901 19th St., A-105
Denver, Colo. 80294